## Balazick, Appellant, *v.* Harral.

Argued November 17, 1967. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

reargument refused February 14, 1968.

*Jack W. Plowman,* with him *Plowman and Spiegel,* for appellants.

*Edward D. Barker,* Assistant Attorney General, with him *John R. Rezzolla,* Deputy Attorney General, and *William C. Sennett,* Attorney General, for Commonwealth, appellees.

Opinion Per Curiam, January 3, 1968:
Decree affirmed at appellants' costs.